IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEIGHTON D. LINDSEY,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                              12-cv-923-bbc

TANIA CLARK, DAVID GARDNER,
ROBERT HABLE, TROY HERMANS,
STACEY HOEM, MARY MILLER,
SARAH MASON, SCOTT RUBIN ASCH,
TIM HAINES, JENNIFER ANDERSON,
JERRY SWEENEY, ANDRES NAGLE,
DEANNA THEIN, MARLA WALTERS,
KEVIN TRIPP, JEFFREY KNUPPLE,
BURTON COX, JONI SHANNON-SHARPE,
BRIAN KOOL and MELANIE HARPER,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing Tim Haines;

    (2) denying as moot any claims against Andrew Nagle as abandoned; and

    (3) granting defendants Jerome Sweeney, Brian Kool, Robert Hable, David Gardner, Mary Miller, Burton Cox, Melanie Harper, Kevin Tripp, Deanna Thein, Scott Rubin-Asch, Joni Shannon-Sharpe, Marla Walters, Sarah Mason, Jeffrey Knuppel, Stacey Hoem, Tania Clark, Troy Hermans and Jennifer Anderson's motion

for summary judgment and dismissing this case.

/s/ 9/24/2014

_____     _____

Peter Oppeneer, Clerk of Court                    Date