IN THE U.S.D.C. WESTERN DISTRICT OF WISCONSIN

LEIGHTON D. LINDSEY
    PLAINTIFF

V

T. CLARK et al          CASE: 12-CV-923

DOC NO
REC'D/FILED
2014 OCT 22 PM 2:30
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## NOTICE OF APPEAL REQUEST

NOTICE IS HEREBY GIVEN THAT LEIGHTON D LINDSEY IN THE ABOVE NAMED CASE IS INFORMING THE U.S.D.C OF THE WESTERN DISTRICT THAT HE WANTS TO APPEAL ~~[scratched out]~~ THE DISMISSAL OF LAWSUIT 12-CV-923 DATED 9-24-2014

PLAINTIFF REQUESTS THE COURT TO SEND HIM ALL THE NECCESSARY DOCUMENTS NEEDED TO APPEAL TO THE DISTRICT COURT

PLAINTIFF ALSO REQUESTS THE U.S.D.C TO APPOINT APPEAL ATTORNEY DUE TO THE COMPLEXITY OF MEDICAL ISSUES REGARDING 12-CV-923 AND CONFLICTING STATEMENTS MADE BY DR COX (DEFENDANT) AND MEDICAL DOCUMENTS PLAINTIFFS CASE MEETS APPOINTMENT OF COUNSEL STANDARD UNDER PRUITT V. MOTE 503 F.3d 647, 655 (7TH CIR. 2007) PATELLAR TENDONITIS IS A CHRONIC KNEE INJURY THAT REQUIRES EXPERTISE BY CERTIFIED DOCTORS AND REPRESENTATION TO PREPARE APPEAL AND DISPUTE ISSUES WITHIN THIS CASE IS NEEDED.

PLEASE RESPOND

#423758
LEIGHTON D LINDSEY
G.B.C.I
P.O. BOX 19033
GREEN BAY, WIS, 54307-9033

Leighton D Lindsey
9-29-2014